USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 8/20/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOWARD ADELGLASS,

Movant,

-against-

UNITED STATES OF AMERICA,

Respondent.

26-CV-4229 (JSR) (BCM)

20-CR-0605-1 (JSR)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On July 9, 2026, this Court ordered plaintiff Howard Adelglass to file a response to the government's motion to dismiss plaintiff's petition as untimely (Dkt. 7) by August 10, 2026. *See* 7/9/26 Order (Dkt. 8) at 2. That date has come and gone, but plaintiff has not filed response to the government's motion.

In recognition that plaintiff is proceeding pro se, the Court hereby EXTENDS plaintiff's deadline to file his response to **September 10, 2026**. **If plaintiff fails to submit his response to the government's motion by September 10, 2026, the Court may consider the motion unopposed.** The government's deadline to file a reply, if any, is EXTENDED to September 18, 2026. The deadline for the government to file a merits response to Adelglass's § 2255 petition remains 30 days after the Court's decision on the government's motion to dismiss the petition on timeliness grounds. *See* 7/9/26 Order at 2.

As explained in greater detail in this Court's 7/9/26 Order, Adelglass must show that his petition is not untimely. In this case, Adelglass appealed his conviction to the Second Circuit, which affirmed it on December 12, 2024. *United States v. Adelglass*, 2024 WL 5087519 (2d Cir. Dec. 12, 2024) (summary order). The 90-day period to seek certiorari, *see* Sup. Ct. Rule 13, ran on March 12, 2025. Consequently, unless Adelglass can demonstrate that subsection 2, 3 or 4 of § 2255(f) is applicable to his case, the one-year period of limitation as per § 2255(f)(1) required him to file his § 2255 petition by March 12, 2026. Instead, his petition was dated and signed two months later, on May 12, 2026, *see* Dkt. 1 at ECF pp. 12, 37, 46, and the postmark date on his petition is May 15, 2026. *See id.* at ECF p. 81.

Dated: New York, New York
August 20, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**