USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 9/23/36

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOWARD ADELGLASS,

Movant,

-against-

UNITED STATES OF AMERICA,

Respondent.

26-CV-4229 (JSR) (BCM)

20-CR-0605-1 (JSR)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On August 28, 2026, plaintiff submitted a letter-brief in opposition to the government's motion to dismiss his habeas petition as untimely. Dkts. 11, 12. Pursuant to this Court's order dated August 20, 2026, the government's reply, if any, in further support of its motion to dismiss was due by September 18, 2026. *See* Dkt. 9. That date has come and gone, but the government has not filed any reply.

The Court hereby EXTENDS the government's deadline to file any reply to **September 30, 2026**. In the alternative, the government may, by that date, advise this Court that it is withdrawing its motion. The deadline for the government to file a merits response to plaintiff's § 2255 petition remains 30 days after the Court's decision on the motion to dismiss the petition. *See* Dkts. 8 at 2; 9 at 1.

Dated: New York, New York
September 23, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**